UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIAL SITUATIONS FUND III, L.P., et al., | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 10-10331-JLT |
| | * |
| AMERICAN DENTAL PARTNERS, INC., et al., | * * |
| | * |
| Defendants. | * * |

ORDER

March 31, 2011

TAURO, J.

After a Motion Hearing held on February 22, 2011, this court hereby orders that, for the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss [#5] is DENIED IN PART and ALLOWED IN PART. It is DENIED as to the Section 10(b) and Section 20(a) claims but ALLOWED as to the Section 18 claim.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge