# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIAL SITUATIONS FUND III, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and SPECIAL SITUATIONS FUND III QP, L.P.,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN DENTAL PARTNERS, INC., GREGORY A. SERRAO, BREHT T. FEIGH, and MARK W. VARGO,<br><br>       Defendants. | Civil Action No. 10-cv-10331-JLT<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Special Situations Fund III, L.P., Special Situations Cayman Fund, L.P., and Special Situations Funds III QP, L.P., and Defendants American Dental Partners, Inc., Gregory A. Serrao, Breht T. Feigh, and Mark W. Vargo, having amicably resolved this matter, hereby stipulate and agree that this case be DISMISSED WITH PREJUDICE.

/s/  Mark A. White
1320 Center Street
Suite 101
Newton, MA 02459
*Attorneys for Plaintiffs*


/s/ John D. Donovan, Jr.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
*Attorneys for Defendants*

Dated: November 8, 2011